UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

| | |
|---|---|
| TERRY DANIELS | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 5:08-cv-137-R |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| | ) |
| DEFENDANT | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, at Paducah, states as follows:

1. On August 11, 2008, the Complaint in Case No. 08-CI-00431 was filed in the Graves Circuit Court by Plaintiff against LINA. The Summons, along with the Complaint, were served on LINA by Kentucky Secretary of State and received on August 14, 2008. A copy of the Summons and Complaint is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon LINA to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt by LINA of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established by Plaintiff's employer, Mallinckrodt, Inc.

and funded by a short-term and long-term disability insurance policy issued by LINA. Plaintiff claims that she is entitled to additional long term disability benefits and asserts a claim under various state law claims.

4. LINA is a corporation having its principal place of business outside the Commonwealth of Kentucky.

5. Plaintiff is a resident of Kentucky [Cmplt ¶1].

6. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims short-term and long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*. ERISA preempts Plaintiff's state law claims and causes of action and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144. Therefore, Plaintiff's claims are removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America, hereby gives notice of this removal from the Graves Circuit Court to the United States District Court for the Western District of Kentucky at Paducah.

Respectfully submitted,

s/Walter M. Jones
Walter M. Jones
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 562-7317
(502) 589-0309
wjones@wyattfirm.com
***Counsel for Defendant, Life Insurance Company of North America***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 29th day of August, 2008 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served via first-class mail on this 29th day of August, 2008 upon:

William J. Driscoll
Driscoll & Associates, P.S.C.
325 West Main Street
2000 Waterfront Plaza
Louisville, KY 40202
wdriscoll@driscollandassociates.com
*Counsel for Plaintiff, Terry Daniels*

s/Walter M. Jones
*One of Counsel for Defendant*

20303309.1